**TEVA PHARMACEUTICALS,
USA, INC., Appellee**

v.

**Michael O. LEAVITT, in his Official
Capacity as Secretary of Health and
Human Services, et al., Appellants.**

No. 08–5141.

United States Court of Appeals,
District of Columbia Circuit.

Sept. 12, 2008.

Jay P. Lefkowitz, Michael David Shum-
sky, Gregory L. Skidmore, Kirkland & El-
lis LLP, Washington, DC, for Appellee.

C. Frederick Beckner, III, Gregory George Katsas, U.S. Department of Justice (DOJ) Office of the Attorney General, Eugene M. Thirolf, Jr., Drake Stephen Cutini, U.S. Department of Justice (DOJ) Office of Consumer Litigation, Washington, DC, Eric Michael Blumberg, Food & Drug Administration, Rockville, MD, for Appellants.

Before: BROWN and KAVANAUGH, Circuit Judges, and WILLIAMS, Senior Circuit Judge.

## JUDGMENT

PER CURIAM.

This cause came to be heard on the record on appeal from the United States District Court for the District of Columbia and on the brief and oral argument of the parties. On consideration thereof, and as will be explained more fully in an opinion to be filed at a later date, it is

**ORDERED AND ADJUDGED** that the injunction entered by the district court on April 11, 2008 be vacated, and the order of the district court be reversed.

The Clerk is directed to issue the mandate forthwith.